IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10503
Conference Calendar

_____

ALFRONZO BROWN,

                                        Plaintiff-Appellant,

versus

PAUL V. ENRIGUEZ,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2490-T
- - - - - - - - - -
August 22, 1996

Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Alfronzo Brown, #627935, appeals the district court's dismissal of his civil rights complaint, alleging that his counsel rendered ineffective assistance of counsel. We have reviewed the record and Brown's brief and AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court. Brown v. Enriquez, No. 3:95-CV-2490-T (N.D. Tex. Apr. 9, 1996).

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.